MORRIS GERSHMAN, RESPONDENT, v. SAMUEL M. ADEL-MAN, APPELLANT.

Submitted May 27, 1927—Decided October 17, 1927.

For the respondent, *Adler & Adler*.

For the appellant, *Gross & Gross*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISCH, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.  11.

*For reversal*—None.